DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FVP OPPORTUNITY FUND III, LP,** et al.,
Appellants,

v.

**GRANER LAW GROUP, P.A.,** d/b/a **GRANER PLATZEK & ALLISON, P.A.** and **THOMAS U. GRANER,**
Appellees.

No. 4D2024-2464

[January 22, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Tuter, Judge; L.T. Case No. CACE22-005125.

Elliot B. Kula, W. Aaron Daniel, and Elaine D. Walter of Kula & Associates, P.A., Miami, for appellants.

Kimberly K. Berman and Jonathan E. Kanov of Marshall Dennehey, P.C., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***